# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shaqueena Sturdivant ,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-136

K&S Sanitation Service Inc ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                                  Signed: October 24, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court