# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shaqueena Sturdivant ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-136

K&S Sanitation Service Inc ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                              Signed: October 24, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court